IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America ex rel. Mona Singletary and Lydia Fulton, and Mona Singletary and Lydia Fulton as individuals, | ) ) ) ) ) | Civil Action No.:2:10-cv-1404-RMG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Harmony Care Hospice, Inc., et al., | ) ) | |
| Defendants. | ) ) | |

## DISMISSAL WITH PREJUDICE

Relators Mona Singletary and Lydia Fulton, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismiss their remaining claims in the above-captioned action with prejudice.

          Respectfully submitted,

          Joe Griffith Law Firm, LLC

          /s/ *Joseph P. Griffith, Jr.*
          _____
          Joseph P. Griffith, Jr., Esquire (Fed.I.D. #2473)
          Seven State Street
          Charleston, South Carolina  29401
          (843) 225-5563 (tel)
          (843) 722-6254 (fax)
          joegriffithjr@hotmail.com
          www.joegriffith.com

          Attorney for the Plaintiffs/Relators

Charleston, South Carolina
December 13, 2012

rule 41 - dwp